FILED
JAN 30 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SEARCH WARRANT AND<br>APPLICATION [SEALED] | CASE NO. 2:12-SW-0782 KJN<br><br>[PROPOSED] ORDER UNSEALING SEARCH<br>WARRANT AND APPLICATION |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 1-30-2013

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application               1